UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LIONEL COLLINS, SR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPT. OF NAVY, <br><br> Defendant. | CASE NO. C07-5579BHS <br><br> ORDER DISMISSING ACTION WITHOUT PREJUDICE |

This matter comes before the Court on the Court's Order to Show Cause (Dkt. 18). The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby dismisses this action without prejudice herein.

**I. FACTUAL AND PROCEDURAL BACKGROUND**

On December 5, 2007, Plaintiff Lionel Collins Sr. filed a complaint alleging civil rights violations by the United States Department of the Navy. Dkt. 7. On December 10, 2007, the Court entered a Minute Order setting April 8, 2008, as the deadline for the filing of a combined Joint Status Report. Dkt. 9.

On December 19, 2007, plaintiff filed an Affidavit of Mailing Summons and Complaint indicating that he had served the department of the Navy and the United states Attorney General in Washington D.C. Dkt. 10.

ORDER - 1

On March 17, 2008, Plaintiff filed a Motion for Default Judgment. Dkt. 13. On April 23, 2008, the Court denied that motion stating that: "Plaintiff failed to effectuate service properly on Defendant pursuant to Fed. R. Civ. P. 4(i)(1) and therefore the motion for judgment by default should be denied." Dkt. 16.

On May 28, 2008, the Court issued an Order to Show Cause why the parties have not submitted a Joint Status Report and why the action should not be dismissed. Dkt. 18. On June 10, 2008, Plaintiff filed a Response to Order to Show Cause. Dkt. 20. Plaintiff has advanced five reasons for why this case should not be dismissed: 1) Plaintiff claims that he has properly served the U.S. Navy, the U.S. Attorney General, and the Local U.S. Attorney; 2) Plaintiff filed a motion for default; 3) Plaintiff filed a motion for reconsideration of the order denying the motion for default; 4) the U.S. Navy is not cooperating; and 5) a terrible injustice was committed and those who committed it should take responsibility. *See* dkt. 20 at 1. To date, the parties have not filed a Joint Status Report.

## II. DISCUSSION

Under Federal Rule of Civil Procedure 4, the plaintiff is responsible for having the summons and complaint served within 120 days after the complaint is filed. Fed. R. Civ. P. 4(b), (m). If the defendant is not served within 120 days, the Court must dismiss the action without prejudice or order that service be made within a specified time. Fed. R. Civ. P. 4(m).

Under Federal Rule of Civil Procedure 4(i), the plaintiff must follow special procedures when they are attempting to serve the United States or an agency of the United States. Fed. R. Civ. P. 4(i). To serve an agency of the United States, the plaintiff must serve the United States as outlined in Fed. R. Civ. P. 4(i)(1) and send a copy of the summons and of the complaint by registered or certified mail to the agency. Fed. R. Civ. P. 4(i)(2). To serve the United States, the plaintiffs must:

> (A) (i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an

assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or

>   (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

>   (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

>   (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Fed. R. Civ. P. 4(i)(1).

Plaintiff has not provided the Court with proof of service upon the United States attorney for the Western District of Washington. Thus, Plaintiff has failed to show that the Defendant has been properly served within 120 days from the date the complaint was filed. The Court must either dismiss this action or order that service be made within a specified time. Plaintiff has had ample time to properly serve the Defendant. Plaintiff has also been informed that his service was improper. *See* dkt. 16 (denial of default judgment due to improper service). Therefore, there is no reason to allow Plaintiff extra time to effectuate service.

In addition, Plaintiff has failed to establish relevant cause for why he has not filed a Joint Status Report. Although Plaintiff does set forth some arguments for cause, none of those arguments are persuasive.

### III. ORDER

Therefore, it is hereby

**ORDERED** that this action is **DISMISSED without prejudice**.

DATED this 17th day of June, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 3